UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:17-CR-153-1BR
5:07-CR-55-1BR

FILED IN OPEN COURT
ON 7/3/18
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

UNITED STATES OF AMERICA

v.

CHARLIE O'BRYANT TERRY

ORDER

IT IS HEREBY ORDERED that the following Government Exhibit be returned to Anthony Mills and remain in his custody through the time of any proceeding on appeal or review.

<u>Government's Exhibit</u>:

Exhibit 1 - Firearm

This __3rd__ day of July, 2018 Exhibit received by: Anthony Mills

__Anthony W Mills__
Print name

__[signature]__
Signature

Date: __7/3/18__

__[signature]__
W. EARL BRITT
SENIOR U. S. DISTRICT JUDGE